UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE AND KIMBERLY WHITE,

        Plaintiff,                                          No. 13-cv-11636

vs.                                                     Hon. Gerald E. Rosen

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

        Defendants.
_____/

## JUDGMENT OF DISMISSAL

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on April 09, 2013

        PRESENT:    Honorable Gerald E. Rosen
                              United States District Chief Judge

    The Court having this date entered an Order dismissing this case for lack of federal subject matter jurisdiction, without prejudice,

    NOW, THEREFORE,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed for lack of jurisdiction, without prejudice.

                                    s/Gerald E. Rosen
                                    Chief Judge, United States District Court

Dated: April 18, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2013, by electronic and/or ordinary mail.

                                    s/Julie Owens
                                    Case Manager, (313) 234-5135