UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE AND KIMBERLY WHITE,

                   Plaintiff,                                 No. 13-cv-11636

vs.                                          Hon. Gerald E. Rosen

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

                   Defendants.
_____/

### ORDER DENYING MOTION FOR JURISDICTION PURSUANT TO <u>UNIFORM COMMERCIAL CODE OBLIGATION OF GOOD FAITH</u>

On April 9, 2013, the Court dismissed this *ifp* action for lack of federal subject matter jurisdiction. On April 26, 2013, by way of a "Motion for Jurisdiction on Basis of Contract Properties and Laws Pertaining to Contract Performance, Liability and Interpretation," Plaintiff Jesse White sought reconsideration of the dismissal order and judgment. The Court denied that "Motion for Jurisdiction" on May 17, 2013. Plaintiff is now before the Court on another "Motion for Jurisdiction," this time asserting that jurisdiction for this action lies in § 1-203 of the Uniform Commercial Code. Contrary to Plaintiff's assertion, however, neither § 1-203 nor any other section of the UCC confers subject matter jurisdiction on this Court.

Therefore,

IT IS HEREBY ORDERED that Plaintiff's "Motion for Jurisdiction Pursuant to

Uniform Commercial Code Obligation of Good Faith" **[Dkt. # 8]** is DENIED.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  June 10, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135